1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700





**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) S.W. NO. 2:10-SW-430 EFB |
|---|---|
| pillman_916@yahoo.com | ) |
|  | ) ORDER RE: REQUEST TO SEAL |
|  | ) DOCUMENTS AND FOR DELAYED |
|  | ) NOTIFICATION |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

///
///
///

US v. Navarro, Steve
1    Order Re: Request to Seal Documents

1  Further, pursuant to the preclusion of notice provisions of 18 U.S.C.
2  § 2705(b) Yahoo! is ordered not to notify any person, including the
3  subscriber or customer to which the materials relate, of the
4  existence of this search warrant for 90 days, until December 30,
5  2010.

6  Date: 9-30   , 2010

         HON. EDMUND F. BRENNAN
         United States Magistrate Judge