1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**
JUN 2 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                              )
                                    )
     SEARCH WARRANT                 )   D.C. NO. 2-10-SW-0430 EFB
     YAHOO! E-MAIL ACCOUNT,         )
     PILLMAN_916@yahoo              )   APPLICATION AND ORDER
                                    )   FOR UNSEALING FILE
_____)

On September 30, 2010, a search warrant and affidavit were filed in the above-referenced case.  The search warrant has been executed and the file can now be unsealed.  The government respectfully requests that the file, search warrant and its accompanying affidavit be unsealed.

DATED: June 24, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Daniel S. McConkie
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: June 24, 2011                _____
                                    HON. EDMUND F. BRENNAN
                                    U.S. Magistrate Judge

1